UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


T.R. World Gym-IP, LLC

                                              Civil No. 07-cv-350-JM

    v.

World Sport Products, Inc.


O R D E R

The court granted the joint motion to stay this civil action on March 24, 2008, pending completion of an ongoing arbitration in California.

There appears to be no further reason to maintain the file as an open one for statistical purposes.  The Clerk is instructed to statistically close the case.

Defendant's counsel shall file a status report every 90 ninety days commencing June 1, 2008.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter, and should further proceedings become necessary, any party may move to reopen.

SO ORDERED.


March 27, 2007                                      /s/Justo Arenas
                                                         Justo Arenas
                                                         United States Magistrate Judge


cc:    Teresa C. Tucker, Esq.
        Michael J. Bujold, Esq.